THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| GCE GAS CONTROL EQUIPMENT INC., | )<br>)<br>) |
| Plaintiff/Counter-Defendant, | ) C.A. No. 8:22-cv-02550-TDC |
| v. | ) **DEMAND FOR JURY TRIAL** |
| 3B MEDICAL MANUFACTURING, LLC, | ) |
| Defendant/Counter-Plaintiff | ) |

**ORDER GRANTING DISMISSAL**

The Court has considered Plaintiff/Counter-Defendant GCE Gas Control Equipment Inc. and Defendant/Counter-Plaintiff 3B Medical Manufacturing, LLC's Stipulation of Dismissal ("Stipulation").

IT IS THEREFORE ORDERED that the Stipulation is **GRANTED**.

IT IS FURTHER ORDERED that all claims and counterclaims asserted in the above captioned case be dismissed with prejudice. Each party shall bear their own attorney fees, costs and expenses.

SO ORDERED this 22nd day of November, 2024.

_____
Theodore D. Chuang
United States District Judge